UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALEIGHA HARRIS,

                Plaintiff,

v.

                                                          Case No. 2:20-CV-02639

SLEEPCAIR, INC.,

                Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

March 23, 2021


Thompson Law Offices, LLC

By:
*/s/ Kevin V. Thompson, Sr.*
Kevin V. Thompson, Sr.,
KS Bar No. 21110
1504 Gatewood St
Leavenworth, KS 66048
913-704-5737
kevin.v.thompson@outlook.com

ATTORNEY FOR PLAINTIFF

FORD HARRISON LLP

*/s/ Corey L. Franklin*
Corey L. Franklin, # 78598
7777 Bonhomme Avenue, Suite 1710
St. Louis, MO 63105
(314) 257-0305 – Phone
(314) 257-0325 – Fax
cfranklin@fordharrison.com

*/s/ David M. Kalteux*
David M. Kalteux
Florida Bar No. 118746
Admitted Pro Hac Vice
101 E. Kennedy Boulevard
Suite 900
Tampa, FL 33602-5133
Telephone: 813-261-7800
Facsimile: 813-261-7899
dkalteux@fordharrison.com

ATTORNEYS FOR DEFENDANT